UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON STRICKLAND                               CIVIL ACTION

VERSUS                                           NUMBER: 14-1785

STATE OF LOUISIANA, ET AL                        SECTION: "I"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that that Plaintiff's suit is dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

New Orleans, Louisiana, this 5th day of February, 2015.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE